IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    vs.<br><br>SUK JOON LEE, and<br>KYONG TAEK SONG,<br><br>                     Defendants. | Case No. 3:14-cr-00107-RRB<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS on September 28, 2015, defendant SUK JOON LEE pled guilty and admitted the Criminal Forfeiture Allegation of the First Superseding Indictment;

AND WHEREAS the Court found that defendant Lee's interest, if any, in the below-described real property constituted or was derived from any proceeds obtained, directly or indirectly, as a result of defendant's violation of 21 U.S.C. § 841(b)(1)(B), and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, and thus, defendant's interest, if any, in said property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), including without limitation:

> Real property commonly known as 3001 Spenard Road, Anchorage, AK 99503, d/b/a Paradise Inn, Tax Parcel 010-016-01-000, together with its buildings, appurtenances,

improvements, fixtures, attachments, and easements, more particularly described as:

LOT 1A, NELS SAND SUBDIVISION, ACCORDING TO THE OFFICIAL PLAT NO. 74-243, RECORDS OF THE ANCHORAGE RECORDING DISTRICT, THIRD JUDICIAL DISTRICT, STATE OF ALASKA.

("Paradise Inn real property").

AND WHEREAS, on January 5, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States defendant Lee's interest, if any, in the Paradise Inn real property;

AND WHEREAS on January 26, 2016, defendant KYONG TAEK SONG pled guilty and admitted the Criminal Forfeiture Allegation of the First Superseding Indictment;

AND WHEREAS the Court found that defendant Song's interest, if any, in the Paradise Inn real property constituted or was derived from any proceeds obtained, directly or indirectly, as a result of defendant's violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A), and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, and thus, defendant's interest, if any, in said property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2);

AND WHEREAS, on February 16, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States defendant Song's interest, if any, in the Paradise Inn real property;

AND WHEREAS, notice of the Preliminary Order of Forfeiture was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing February 5, 2016;

AND WHEREAS, in accord with Criminal Rule 32.2(b)(6), the government sent notice by means reasonably calculated to reach potential claimants, perfecting service on the following parties: (a) Kenneth Kirk, (b) Hyun Ju Song, (c) Lisa Suh, and (d) Brandon Sundara;

AND WHEREAS, on February 16, 2016, attorney Kenneth Kirk filed a Petition for Hearing (Judicial Forfeiture) seeking $35,225.96 in unpaid attorney's fees pursuant to a Default Judgment against defendant Song;

AND WHEREAS, the government has agreed to pay such unpaid attorney's fees to Mr. Kirk out of the sale proceeds of the Paradise Inn real property;

AND WHEREAS, on August 11, 2017, Municipality of Anchorage Foreclosure Specialist John Bruns informed the government that defendant Song owes back-taxes on the Paradise Inn real property dating back to 2015, totaling $43,132.99;

AND WHEREAS, the government has agreed to pay the Municipality of Anchorage defendant Song's delinquent property taxes out of the sale proceeds of the Paradise Inn real property;

AND WHEREAS, on August 15, 2017, Champa Thai Cuisine, Inc. and its president Brandon Sundara filed a Petition, *Pro Se*, claiming an interest in the Paradise Inn real property based on a purported Lease with defendant Song for the restaurant and lobby area to run the Champa Thai restaurant;

AND WHEREAS, attorney Kenneth Jacobus filed an Entry of Appearance on behalf of Champa Thai and Brandon Sundara;

AND WHEREAS, the government moved for dismissal of Champa Thai and Brandon Sundara's Petition for lack of standing because they failed to establish any legitimate, lawful interest in the Paradise Inn real property;

AND WHEREAS, the Court granted the government's motion and dismissed the Petition of Champa Thai and Brandon Sundara for lack of standing;

AND WHEREAS, no other petitions of interest, claims, or requests for an ancillary hearing with regard to the Paradise Inn real property were filed with the Court by any individual or entity within the time allowed by law;

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

All right, title and interest to the above-described Paradise Inn real property is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the U.S. Marshal and/or the Federal Bureau of Investigation (FBI) according to law.

IT IS SO ORDERED this 3rd day of November, 2017, at Anchorage, Alaska.

                                                */s/ Ralph R. Beistline*
                                                RALPH R. BEISTLINE
                                                Senior United States District Judge