LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: bheady@dattanlaw.com
Attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUK JOON LEE, and,<br>KYONG TAEK SONG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:14-cr-00107 RRB |

## **AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss |
| THIRD JUDICIAL DISTRICT | ) |

Brian Heady, being first duly sworn, deposes and states:

1. I am the attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

2. I communicated with Kelly Cavanagh, AUSA, on February 2, 2018.

//

//

//

3. Mr. Cavanaugh does not oppose my request for an Extension of Time until February 5, 2018, in which to file an Opposition to the Ancillary Motion for Issuance of Seizure Warrant.

Further Affiant Sayeth Naught

_____
Brian Heady

Subscribed and Sworn to Before me this 2 day of February, 2018, in Anchorage, Alaska.

_____
Notary Public in and For Alaska
My Commission Expires: 2/10/2019

**CERTIFICATE OF SERVICE** I hereby certify that on February 2, 2018, a copy of the foregoing was served electronically on:

AUSA, Kelly Cavanaugh

s/ Brian D. Heady