LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: bheady@dattanlaw.com
Attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SUK JOON LEE, and, ) | |
| KYONG TAEK SONG, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3:14-cr-00107 RRB |

## **BERNADETTE WILSON AFFIDAVIT**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss |
| THIRD JUDICIAL DISTRICT | ) |

Bernadette Wilson, being first duly sworn, deposes and states:

1. I am the President of Denali Disposal, Inc.

2. I have read the Ancillary Motion for Issuance of Seizure Warrant.

3. I have also read the Opposition to the Ancillary Motion.

//

//

//

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Bernadette Wilson Affidavit
Page 1 of 2

4. I affirm that the factual arguments made in the Opposition to the Ancillary Motion are true and correct to the best of my knowledge.

                                    Bernadette Wilson

Subscribed and Sworn to before me this ___ day of February, 2018.

                                    Notary Public in and for Alaska
                                    My Commission Expires_____

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, a copy of the foregoing
was served electronically on:

AUSA, Kelly Cavanaugh

s/ Brian D. Heady