LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK  99503
Phone:  (907)276-8008
Fax:  (907)278-8571
E-mail:  bheady@dattanlaw.com
Attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF FILING** |
| ) | **UNSIGNED AFFIDAVIT** |
| SUK JOON LEE, and, ) | |
| KYONG TAEK SONG, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3:14-cr-00107 RRB |

Bernadette Wilson, d/b/a Denali Disposal, Inc., by and through counsel, Brian Heady, hereby submits this Notice of Filing Unsigned Affidavit.  Ms. Wilson was in Juneau on February 5, 2018, and unable to sign her affidavit.  Ms. Wilson will return to Anchorage on February 6, 2018 and sign affidavit; the affidavit will then be filed.

Dated this 5th day of February, 2018 at Anchorage, Alaska.

s/Brian D. Heady
Attorney for Bernadette Wilson
dba Denali Disposal, Inc.
E-mail:  bheady@dattanlaw.com
Alaska Bar No. 0709051

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, a copy of the foregoing
was served electronically on:

AUSA, Kelly Cavanaugh

s/ Brian D. Heady

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Notice of Filing Unsigned Affidavit
Page 2 of 2