LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK  99503
Phone:  (907)276-8008
Fax:  (907)278-8571
E-mail:  bheady@dattanlaw.com
Attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUK JOON LEE, and, ) <br> KYONG TAEK SONG, ) <br> ) <br> Defendants. ) <br> _____) | **SUPPLEMENTAL TO OPPOSITION TO ANCILLARY MOTION FOR ISSUANCE OF SEIZURE WARRANT** <br><br> Case No. 3:14-cr-00107 RRB |

Bernadette Wilson, d/b/a Denali Disposal, Inc., by and through counsel, Brian Heady, hereby submits Exhibit A (pages 1-28), Exhibit B (pages 1-5), and Exhibit C (pages 1-3), as supplementals to the Opposition to Ancillary Motion for Issuance of Seizure Warrant filed at docket 225.  Respectfully, Exhibit A exceeded the 10.0 MB filing limit, and was unfortunately divided up to meet the size limit.

Dated this 5th day of February, 2018 at Anchorage, Alaska.

                                   s/Brian D. Heady
                                   Attorney for Bernadette Wilson
                                   dba Denali Disposal, Inc.
                                   E-mail:  bheady@dattanlaw.com
                                   Alaska Bar No. 0709051

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Supplemental to Opposition to Ancillary Motion for Issuance of Seizure Warrant
Page 1 of 2

Case 3:14-cr-00107-RRB   Document 228   Filed 02/05/18   Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, a copy of the foregoing
was served electronically on:

AUSA, Kelly Cavanaugh

s/ Brian D. Heady

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Supplemental to Opposition to Ancillary Motion for Issuance of Seizure Warrant
Page 2 of 2

Case 3:14-cr-00107-RRB   Document 228   Filed 02/05/18   Page 2 of 2