


EXHIBIT A
2 of 28





EXHIBIT A
4 of 28

