







EXHIBIT A
9 of 28