



EXHIBIT A
12 of 28



EXHIBIT A
13 of 28



EXHIBIT A
14 of 28

