





EXHIBIT A
18 of 28



EXHIBIT A
19 of 28



EXHIBIT A
of 28