







EXHIBIT A
24 of 28



EXHIBIT A
25 of 28



EXHIBIT A
26 of 28





EXHIBIT A

28 of 28

Case 3:14-cr-00107-RRB   Document 233   Filed 02/05/18   Page 8 of 8