








EXHIBIT B
5 of 5