To: **Shawn Chapmon**

> Hi Shawn! I know it's after normal business hours and you are traveling so I apologize. I will send you an email as well, but wanted to give you a heads up we have a crew ready to go in the morning at 7 AM to take down the palm tree. Hopefully all Will go quickly and smoothly. Know that our guys have been strictly informed that they are not to say a word to anyone including anyone that may randomly show up on site. Hope you're having a safe trip. I will send a text to confirm with you it is done.
> Safe travels,
> Bernadette ( Denali Disposal )

Thu, Nov 30, 9:53 AM

> They still working on the sign or did they get it down

To: **Shawn Chapmon**

*Thu, Nov 30, 9:53 AM*

> They still working on the sign or did they get it down

>> Still working. i'll let you know as soon as were pulling away

> Do you guys have any issues or everything going pretty smooth as far as people showing up

>> Going very smooth. No one has showed up at all

> Awesome!!

*Thu, Nov 30, 1:07 PM*

>> OK the job is complete. We have packed i've been pulled away. Everything went very smooth with no incidents, no reporters and no cameras other than a couple random people walking along the sidewalk or at the



New iMessage    Cancel

To: Shawn Chapmon

Awesome!!

Thu, Nov 30, 1:07 PM

OK the job is complete. We have packed i've been pulled away. Everything went very smooth with no incidents, no reporters and no cameras other than a couple random people walking along the sidewalk or at the restaurant across the street that stop to snap a picture or two and then kept moving

We have packed up and pulled away is what that should've said

Sounds good! Thank you.

Thank you!

Mon, Dec 18, 11:12 AM