LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: bheady@dattanlaw.com
Attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SUK JOON LEE, and,<br>KYONG TAEK SONG,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:14-cr-00107 RRB |

### AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | )<br>)ss |
| THIRD JUDICIAL DISTRICT | ) |

Brian Heady, being first duly sworn, deposes and states:

1.    I am the attorney for Bernadette Wilson, d/b/a Denali Disposal, Inc.

2.    I communicated with Kelly Cavanagh, AUSA, on February 19, 2018.

3.    I informed Mr. Cavanaugh that I have a hearing scheduled in State Court at the same time frame as the hearing in the instant matter with an out of state witness flying in from Arizona.

4.    Mr. Cavanaugh does not oppose rescheduling the hearing.

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Affidavit of Counsel
Page 1 of 2

Case 3:14-cr-00107-RRB   Document 239   Filed 02/19/18   Page 1 of 2

5. The parties request that the hearing be rescheduled for April 2, 2018 or for February 26, 2018 between the hours of 11:00 a.m. and 4:30 p.m.

Further Affiant Sayeth Naught

Brian Heady

Subscribed and Sworn to Before me this 19 day of February, 2018, in Anchorage, Alaska.

Caley Neadle
Notary Public in and For Alaska
My Commission Expires: 2/6/18

**CERTIFICATE OF SERVICE**
I hereby certify that on February 19th, 2018, a copy of the foregoing was served electronically on:

AUSA, Kelly Cavanaugh

s/ Brian D. Heady

USA v. SUK JOON LEE and KYONG TAEK SONG, 3:14-CR-00107 RRB
Affidavit of Counsel
Page 2 of 2