IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUK JOON LEE, and, )<br>KYONG TAEK SONG, )<br>)<br>Defendants. )<br>_____) | Case No. 3:14-cr-00107-RRB<br><br>**ORDER** |

The Unopposed Motion to Reschedule the Hearing in this matter, currently set for February 21, 2018, is GRANTED. The hearing is rescheduled for February 26, 2018, at 11:00 a.m. in Anchorage Courtroom 2 before Judge Ralph R. Beistline

IT IS SO ORDERED this 20th day of February, 2018, at Anchorage, Alaska.

                                                     */s/ Ralph R. Beistline*
                                                    RALPH R. BEISTLINE
                                                 Senior United States District Judge